mt

211 W. Fort St.
Detroit, MI - 313 234 9065

Judge KJ-IN I think,    Case# 14-49908-mbm
                                            No. 4

While in court July 17 - 11:00 during bankruptcy hearing regarding Steve Kerka.

You could send in copies for review, showing my contract is with Detroit Auto Sales

I have a pending case 7-25-14 in Utica district court with Detroit Auto sales.

I feel I should be included in his bankruptcy because my lawsuit is with Detroit auto sales which is not included in his bankruptcy.

I purchase the from the dealership 3/27 2014

Thank you

Syble J. Cloum
Syble J. Cloum
4734 Sheets St.
Newport, MI. 48166
734 770-6124

FILED 2014 JUL 25 A 10:22 U.S. BANKRUPTCY COURT E.D. MICHIGAN - DETROIT

4/21/14

Detroit Auto Sales
Owes For Door Repair & Fuel Pump
Total $604.02
Will Be Paid Within 30 Days
From Today

*[signature]*

# Buyer's Order

**Dealer/Seller Name and Address**
Detroit Auto Sales & Services
6256 Auburn Rd Ste D
Shelby Twp, MI 48317

(586) 275-9185

**Buyer/Co-Buyer Name(s) and Address(es)**
Syble Cloum
4734 Sheets Rd
Newport, MI 48166

(734) 770-6124

Date 3/27/2014
App No.
Stock No. 102
Contract No. 255
Salesperson

## Vehicle Information
☐ New  ☒ Used  ☐ Demo
Year 1998
Make GMC
Model Envoy
Body Style SUV
VIN 1GKDT13W7W2533317
Other

Lic. No.
Odometer Reading 118562
Color

## Insurance Information
Buyer has arranged insurance on the motor vehicle.
Insurance Company
Policy No.

## Trade-In Information
**Trade-in 1**
Year
Make
Model
Body Style
VIN
Lienholder Name
Address

Lic. No.
Odometer Reading
Color

Phone
Payoff good through
Approved

Payoff N/A

**Trade-in 2**
Year
Make
Model
Body Style
VIN
Lienholder Name
Address

Lic. No.
Odometer Reading
Color

Phone
Payoff good through
Approved

Payoff N/A

## Itemization of Sale

| # | Item | $ |
|---|---|---|
| 1. | Vehicle Sales Price | 2499.99 |
| 2. | Sales Tax | 150.00 |
| 3. | Subtotal (Add lines 1 + 2) | 2649.99 |

**Title, License & Other Fees**

| # | Item | $ |
|---|---|---|
| 4. | _____ | N/A |
| 5. | License Fee | N/A |
| 6. | Registration Fee | N/A |
| 7. | Title Fee | 15.00 |
| 8. | Filing Fee | N/A |
| 9. | Other Fees | N/A |
| 10. | Lender Processing Fee | N/A |
| 11. | _____ | N/A |
| 12. | _____ | N/A |
| 13. | _____ | N/A |
| 14. | _____ | N/A |
| 15. | Total Other Fees (Add lines 4 through 14) | 15.00 |

**Additional Products**

| # | Item | $ |
|---|---|---|
| 16. | _____ | N/A |
| 17. | _____ | N/A |
| 18. | _____ | N/A |
| 19. | _____ | N/A |
| 20. | _____ | N/A |
| 21. | _____ | N/A |
| 22. | _____ | N/A |
| 23. | _____ | N/A |
| 24. | Total Products (Add lines 16 through 23) | N/A |
| 25. | Cash Sale Price (Add lines 3 + 15 + 24) | 2664.99 |
| 26. | Trade-In Allowance | N/A |
| 27. | Less Payoff | N/A |
| 28. | Net Trade Allowance (Line 26-27) | N/A |
| 29. | Cash Down Payment | 100.00 |
| 30. | Deferred Down Payment | 2564.99 |
| 31. | Total Down Payment (Line 28 + 29 + 30) | 2664.99 |
| 32. | Total Balance Due (Line 25-31) | N/A |

*Amount Paid in Full (Rick Martinko)*
*Deliver Vehicle To Residence 3/27/14*
*Climate Control Fixed*

Buyers Order
Bankers Systems™
Wolters Kluwer Financial Services © 2008

BUY-ORDER 2/14/2012
Page 1 of 3

## Warranty Information

**Warranty.** We make no express or implied warranties. Except as required by law, we make no implied warranty of merchantability and no warranty that the Vehicle is fit for a particular purpose. We sell the Vehicle AS IS - NOT EXPRESSLY WARRANTED OR GUARANTEED, WITH ALL FAULTS.
If this is a new Vehicle, the Vehicle is subject to a standard written manufacturer's warranty. This warranty is made by the manufacturer and not by us.

**Used Car Buyer Notice.** If you are buying a used vehicle, the information you see on the window form for this Vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the contract of sale.

Guía para compradors de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

## Notices

☐ You understand that the balance owed on the Trade-In exceeds the Trade-In Allowance and that as a result the Total Balance Due has been increased by this $ __N/A__ of negative equity.

## Signatures

This agreement is not binding upon the Dealer\Seller until it is signed by an authorized representative of the Dealer\Seller.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it. This is the complete agreement; there are no other written or oral agreements.

☐ A separate Arbitration Agreement is a part of this Contract.

_Syble Cloum_ — 3/27/2014
Syble Cloum / Date

_____ Date

_____ Date

_[signature]_ — 3/27/2014
Dealer\Seller Detroit Auto Sales & Services / Date

Buyers Order
Bankers Systems™
Wolters Kluwer Financial Services © 2008

BUY-ORDER 2/14/2012
Page 3 of 3

14-49908-mbm    Doc 21    Filed 07/25/14    Entered 07/25/14 10:57:43    Page 4 of 4