211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 14−49908−mbm
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Stephen Kirka
   aka Steve Kirka
   41836 Langley
   Sterling Heights, MI 48313

Social Security No.:
   xxx−xx−7177

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Cover Sheet for Amendments

is defective as indicated:

- ☐ Acceptable List of Creditors
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Cover Sheet for Amendments (To be filed with corrected document in its entirety as one PDF)
- ☐ Amended Document (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application for Waiver of Filing Fee
- ☐ Attorney Disclosure of Compensation Statement 2016(b) (LBR 9010−1(c))
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances 109(h)(3)(A) Missing
- ☐ Motion to Convert under 11 U.S.C. § 706(a)  (Rule 9013)
- ☐ Motion to Excuse Credit Counseling 109(h)(4) Missing
- ☐ Notice of Objection to Claim
- ☐ Notice of Special Appearance Missing or Non−Compliant (LBR 9010−1(c))
- ☐ Notice to Respondent
- ☐ Original Signature
- ☑ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order

☐ Reaffirmation Agreement Cover Sheet
☐ Statement of Corporate Ownership LBR 9013–5

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 9/10/14

                                        BY THE COURT

                                        Katherine B. Gullo , Clerk of Court
                                        U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                              Eastern District of Michigan
In re:                                                                  Case No. 14-49908-mbm
Stephen Kirka                                                           Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0645-2           User: afurc                  Page 1 of 2                  Date Rcvd: Sep 10, 2014
                               Form ID: def2                Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2014.
```
db           +Stephen Kirka,    41836 Langley,    Sterling Heights, MI 48313-3133
22927193     +Bobern, LLC,    c/o Michael S. Thomas,    43570 Garfield, Ste. 101,
               Clinton Township, MI 48038-1153
22927194     +Bolt Express LLC,    2000 Cassandra Dr,    Toledo, OH 43611-1070
22927195     +Brown & Joseph LTD,    1701 Golf Rd Bldg 2,    Rolling Meadows, IL 60008-4731
22927201    ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court: Credit Acceptance Corporation,     25505 W 12 Mile Rd,
               Southfield, MI 48034)
22927196     +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
22927197     +Capital One Auto,    PO Box 259407,    Plano, TX 75025-9407
22927199      Chase Bank,    45303 Van Dyke Ave,    Washington, MI 48094
22927200     +Credit Acceptance,    PO Box 5070,    Southfield, MI 48086-5070
22927202     +Enhanced Recovery Company,    PO Box 57547,    Jacksonville, FL 32241-7547
22927203     +FinishLine Capital, LLC,    33 Spruce Hollow Rd.,    Dunellen, NJ 08812-1836
22927204     +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
22927207     +HC Credit/CIT,    203 E Emma Ave, Ste. A,    Springdale, AR 72764-4625
22927208     +Horizon Business Funding,    27 William St #301,    New York, NY 10005-2701
22927210     +Intuit Payment Systems,    2632 Marine Way,    Mountain View, CA 94043-1126
22927212      M&M Credit,    6324 Taylor Dr,    Flint, MI 48507-4680
22927213     +MABT/CONTFIN,    PO Box 11743,    Wilmington, DE 19850-1743
23086048     +Michael Kirka,    180 Waterview Dr., Apt. 506,    OakRidge, TN 37830-9061
22927217     +Next Gear Capital,    1320 City Center Dr, Ste. 100,    Carmel, IN 46032-3816
22927220    ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
              (address filed with court: Snap On Credit LLC,     950 Technology Way,    Libertyville, IL 60048)
22927219     +Second Round LP,    4150 Freirich Lane,    Austin, TX 78744-1052
23086049     +Sterling Commons Association,    C/o Michigan Collection Lawyers, PLLC,    PO Box 380765,
               Clinton Township, MI 48038-0071
22927221     +Syble Joy Cloum,    4734 Sheets St,    Newport, MI 48166-9729
22927222     +TD Auto Finance,    PO Box 9223,    Farmington, MI 48333-9223
22927223     +United Portfolio Mgmt,    1360 Energy Park Dr,    Saint Paul, MN 55108-5276
22927225     +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
22927226     +Yellowstone Capital, LLC,    160 Pearl Street, 5th Floor,    New York, NY 10005-1631
22927227     +Zips Truck Equipment,    316 W. Milkwaukee,    New Hampton, IA 50659-1102
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22927192       E-mail/Text: bnc-applied@quantum3group.com Sep 10 2014 21:54:42      Applied Bank,
               4700 Exchange Court,    Boca Raton, FL 33431-0966
22967748     +E-mail/Text: bnc@atlasacq.com Sep 10 2014 21:53:54      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
22927198     +E-mail/Text: bankruptcy@cashcall.com Sep 10 2014 21:54:54      Cashcall Inc,    1 City Blvd W,
               Orange, CA 92868-3621
22927206     +E-mail/Text: ally@ebn.phinsolutions.com Sep 10 2014 21:53:53      GMAC,    PO Box 380901,
               Minneapolis, MN 55438-0901
22927209     +E-mail/Text: bankruptcy@icsystem.com Sep 10 2014 21:54:52      IC Systems Inc.,    PO Box 64378,
               Saint Paul, MN 55164-0378
22927211     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 10 2014 21:58:43      LVNV Funding LLC,
               PO Box 10497,    Greenville, SC 29603-0497
22927214     +E-mail/Text: bkr@cardworks.com Sep 10 2014 21:53:51      Merrick Bank,    POB 1500,
               Draper, UT 84020-1500
22927215     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 10 2014 21:54:12      Midland Credit Management,
               8875 Aero Dr, Ste. 2,    San Diego, CA 92123-2255
22927216     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 10 2014 21:54:12      Midland Funding LLC,
               8875 Aero Dr Ste. 200,    San Diego, CA 92123-2255
22927218     +E-mail/Text: ECF@ORLAW.COM Sep 10 2014 21:54:57      O'Reilly Rancilio PC,
               12900 Hall Rd Ste 350,    Sterling Heights, MI 48313-1174
23003788      E-mail/PDF: rmscedi@recoverycorp.com Sep 10 2014 21:58:36
               Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
22927224     +E-mail/Text: ustpregion09.de.ecf@usdoj.gov Sep 10 2014 21:54:03      United States Trustee,
               211 W. Fort St., 7th Floor,    Detroit, MI 48226-3263
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wells Fargo Home Mortgage Inc. as servicing agent
22927205    ##+Five Point Capital,    13280 Evening Creek Dr #200,    San Diego, CA 92128-4344
                                                                                  TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2014 at the address(es) listed below:
              Craig B. Rule    on behalf of Creditor   Wells Fargo Home Mortgage Inc. as servicing agent for
               Wells Fargo Bank, N.A. bankruptcy@orlans.com, ANHSOA@earthlink.net
              James Jon Tocco    on behalf of Trustee K. Jin  Lim jtocco@gdakmak.com
              K. Jin  Lim    kjinlimtrustee@comcast.net, MI13@ecfcbis.com
              Robert A. Peurach    on behalf of Trustee K. Jin  Lim rpeurach@gdakmak.com
              Thomas  Hensel, Jr.    on behalf of Debtor Stephen  Kirka tom@hensellawoffice.com
                                                                                           TOTAL: 5