211 W. Fort St.
Detroit, MI - 313 234 9065

<ins>corrected</ins> 08/18/14

Jude Kin LIN Imthink,                    Case# 14-49908-mbm

While in court July 17, 2014 11:00
during bankruptsy hearing reguarding
Steve Kerka.
You could send in copies
for review, showing my contract
is with Detroit Auto Sales

I have a pending case 7-25-14 in
Utica district court with Detroit Auto
Sales.
                        by Si corrected
I feel I should be include in his
Bankruptsy because my lawsuit
is with detroit auto sales which is not
included in his bankruptsy.

I purchase the from the dealership 3/27
2014

Thank You

Syble J. Clour
SYBLE J. CLOUM
4734 SheetS St.
Newport, MI. 48166
734 770 -6124

I feel I should not be included in
this bankruptsy.
                                          ?

To letter is to reflect the correction of
letter filed on 7-25-14   docket entry 21

FILED
2014 SEP 18 A 11:04
U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT