UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

STEPHEN KIRKA,                       Case No. 14-49908-MBM
                                            Chapter 7
        Debtor(s).                            HON. MARCI B. MCIVOR
_____/

## STIPULATION FOR BANKRUPTCY RULE 2004 EXAMINATION OF DEBTOR

**IT IS HEREBY STIPULATED AND AGREED** that the Court may enter the proposed Order for Debtor's Bankruptcy Rule 2004 Examination attached hereto as **Exhibit A**.

| DAKMAK PEURACH, P.C. | HENSEL LAW OFFICE, PLLC |
|---|---|
| /s/ Robert A. Peurach | /s/ Thomas Hensel, Jr. (with consent) |
| By: _____ | By: _____ |
| Robert A. Peurach (P34446) | Thomas Hensel, Jr. (P60469) |
| Atty. for Trustee | Atty. for Debtor |
| 41740 Six Mile Road | 36250 Dequindre Road, Ste. 410 |
| Northville, MI 48167 | Sterling Heights, MI 48310 |
| 248-349-0500/349-0600 (fax) | 586-939-4800/977-7136 |
| rpeurach@gdakmak.com | tom@hensellawoffice.com |

Date: October 7, 2014                            Date: October 7, 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

STEPHEN KIRKA,                                      Case No. 14-49908-MBM
                                                         Chapter 7
             Debtor(s).                              HON. MARCI B. MCIVOR
_____/

## ORDER FOR DEBTOR'S BANKRUPTCY RULE 2004 EXAMINATION

Pursuant to the Stipulation of the parties filed herewith, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Debtor, Stephen Kirka, shall appear on **October 15, 2014 at 2:00 p.m.** for a Bankruptcy Rule 2004 examination to be conducted by the Trustee's attorneys, Dakmak Peurach, P.C., at the law offices of Dakmak Peurach, P.C., 41740 Six Mile Road, Ste. 101, Northville, Michigan 48167. The Debtor shall produce, at the examination, copies of the following documents in his possession, custody or control:

1. All documents regarding a certain Jeep Commander identified in the Debtor's 2013 Federal Income Tax Return, including all installment purchase agreements, registrations, certificates of insurance, vehicle certificates of title, and the most recent account statements for each creditor holding a lien upon the vehicle;

2. All documents relating to the Debtor's real property commonly known as 13057 Prospect, Warren, Michigan as identified in the Debtor's 2013 Federal Income Tax Returns, including all deeds, mortgages, mortgage account statements, lease agreements, rent rolls, and real estate tax statements;

3. All organizational documents of Steve's Automotive Group, Inc., Steve Kirka, Inc. d/b/a Kirka Property Management, and Utica Auto Salvage, Inc. d/b/a Detroit Auto Sales & Services (the "Business Entities") including, but not limited to annual reports, minute books, stock or membership

registers, by-laws, resolutions, operating agreements, minutes of shareholder/member meetings, stock certificates or other certificates of membership interest, and all resolutions;

4. All bank statements, check registers, and cancelled checks for each bank account owned or used by any of the Business Entities during the period January 1, 2013 to date; and

5. All accounting records from January 1, 2013 to date for each of the Business Entities, including all general ledgers, profit & loss statements, fixed asset schedules, balance sheets, accounts payable agings, and accounts receivable agings.