# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-49908 MBM  
**Case Name:** KIRKA, STEPHEN  

**Trustee:** (420180) K. Jin Lim, Trustee  
**Filed (f) or Converted (c):** 06/10/14 (f)  
**§341(a) Meeting Date:** 07/17/14  

**Period Ending:** 09/30/14  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | LOCATION: 41836 LANGLEY, STERLING HEIGHTS MI 483 | 75,000.00 | 0.00 | | 0.00 | FA |
| 2 | TCF BANK CHECKING AND SAVINGS | 400.00 | 0.00 | | 0.00 | FA |
| 3 | MISC. USED FURNITURE AND CONSUMER ELECTRONICS | 3,000.00 | 0.00 | | 0.00 | FA |
| 4 | MISC. BOOKS, PICTURES | 200.00 | 0.00 | | 0.00 | FA |
| 5 | PERSONAL CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 6 | MISC. JEWELRY HELD FOR PERSONAL USE | 100.00 | 0.00 | | 0.00 | FA |
| 7 | PISTOL | 300.00 | 0.00 | | 0.00 | FA |
| 8 | 100% OWNER OF STEVE KIRKA, INC. (BUSINESS HAS AS | 1.00 | 0.00 | | 0.00 | FA |
| 9 | 100% OWNER OF UTICA AUTO SALVAGE, INC. (NO LONGE | 1.00 | 0.00 | | 0.00 | FA |
| 10 | 2006 FORD F250 | 15,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2006 FORD E250 VAN | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 | VARIOUS TOOLS USED IN AUTOMOTIVE BUSINESSES | 6,000.00 | 0.00 | | 0.00 | FA |
| 13 | PERSONAL HAND TOOLS & TOOLS | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$104,502.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/22/14 completed rule 2004 exam; pursuing possible transfer of his interest in property to non-filing spuse. jt

10/08/14 investigate debtor's business interests. jt

**Initial Projected Date Of Final Report (TFR):** December 30, 2015  
**Current Projected Date Of Final Report (TFR):** June 30, 2015

October 24, 2014  
_____  
Date

/s/ K. Jin Lim, Trustee  
_____  
K. Jin Lim, Trustee